FILED

JUL 05 2017

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY D. MISCHENKO,<br><br>Defendant. | PO-17-5000-KALS-JCL<br>CVB Violation No:<br>F4873141<br><br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated April 24, 2017, advising Plaintiff has reached an agreement with Defendant. Defendant requests that he be permitted to make monthly installment payments on the amount due.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $180.00, and shall do so by making payments at the rate of $30.00 per month. Defendant shall make his payments on or before the 30th of each month beginning on June 30, 2017 (Defendant has paid $30.00 to date), and continuing thereafter until the $180.00 collateral due is paid in full. His final $30.00 payment will be due on or before October 30, 2017.

ORDER ACCEPTING PLEA LETTER - Page 1

Defendant is directed to send his payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice number listed above.

Alternatively, Defendant may make his payments through the website at www.cvb.uscourts.gov.

This matter will remain open pending the Court's receipt of notification from the Central Violations Bureau stating that Defendant has made all his payments. Once the final payment has been received this matter will be closed.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant at PO Box 757, Troy, MT 59935.

CVB is directed to enter **PE** as the disposition code.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 5th day of July, 2017.

_____
Jeremiah C Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER ACCEPTING PLEA LETTER - Page 2